IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adriana Nohemi Ochoa Quintero,<br><br>  Plaintiff,<br>vs.<br><br>Polish Room LLC, et al.,<br><br>  Defendants. | No. CV-25-00228-PHX-SPL<br><br>**ORDER** |

Before the Court is Notice of Voluntary Dismissal (Doc. 14), in which she seeks dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Upon review of the notice, and finding Defendants have not answered nor otherwise appeared in this case,

**IT IS ORDERED** that the Notice of Voluntary Dismissal (Doc. 14) is **granted**.

**IT IS FURTHER ORDERED** that the Complaint in this action is **dismissed with prejudice**, with each side to bear its own attorneys' fees and costs. The Clerk of Court shall terminate this action.

Dated this 10th day of April, 2025.

Honorable Steven P. Logan
United States District Judge